UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| In re the Application of | ) | **JUDGMENT** |
| Natishka Nadim Holloway | ) | |
| | ) | |
| Petitioner for | ) | No. 5:11-CV-30-H |
| K.M.H. DOB: 2005 | ) | |
| and K.M.H. DOB: 2006 | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Kendrick Holloway | ) | |
| Respondent. | ) | |

**Decision by Court.**
**This case came before the Honorable Malcolm J. Howard, Senior United States District Judge for consideration of the magistrate judges Memorandum and Recommendation.**

**IT IS ORDERED, ADJUDGED AND DECREED the court adopts the recommendation of the magistrate judge as its own. Petitioner's emergency ex parte motion is denied; and petitioner's petition for return of the children is granted.**

**IT IS FURTHER ORDERED petitioner's motion for costs is granted. Judgment is hereby entered against respondent and in favor of petitioner in the amount of $1,261.97, with post-judgment interest to accrue at the federal rate upon expiration of the thirty-day payment period.**

This Judgment Filed and Entered on June 24, 2011 with service on:

Jennifer A. Nancarrow (via cm/ecf Notice of Electronic Filing)
Thomas R. Cannon (via cm/ecf Notice of Electronic Filing)

Date:   June 24, 2011

                                            DENNIS P. IAVARONE, CLERK
                                            /s/ Delsia Heath
                                            (By): Delsia Heath, Deputy Clerk